UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE, infringer identified as
using IP Address 99.188.204.18,

    Defendant.
_____/

Case No. 20-cv-10143
Hon. Matthew F. Leitman

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: July 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 9, 2021, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764